THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA   94903
Telephone:           (415) 444-5800
Facsimile:           415/674-9900
tfrankovich@disabilitieslaw.com

Attorney for Plaintiffs MARSHALL LOSKOT

and YVONNE WILLIAM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT and YVONNE WILLIAMS,<br><br>            Plaintiffs,<br>v.<br><br>BELLA MARKET; PURDON ENTERPRISES - BUTTE LLC, a Nevada Limited Liability Company; and ADEL MUBARAKA and MOUNTAHA MUBARAKA dba BELLA MARKET,<br><br>            Defendants. | **CASE NO. 2:14-cv-01418-MCE-CMK (CKD)**<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

   The parties, by and through their respective counsel, stipulate to dismissal of this action

in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  Outside of the terms of the

Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own

costs and attorneys' fees.  The parties further consent to and request that the Court retain

jurisdiction over enforcement of the Agreement.  *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511

U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

     Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

     This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: September 3, 2015   THOMAS E. FRANKOVICH

*A PROFESSIONAL LAW CORPORATION*

By*:\_\_\_/s/ Thomas E. Frankovich_____*

Thomas E. Frankovich
Attorney for Plaintiffs MARSHALL LOSKOT and YVONNE WILLIAMS

Dated: September 3, 2015   Vaughan & Associates Law Office

By*:\_\_\_/s/Chris Vaughan_____*

Chris Vaughan

Attorney for Defendants PURDON ENTERPRISES BUTTE LLC, a Nevada Limited Liability Company; and ADEL MUBARAKA and MOUNTAHA MUBARAKA dba BELLA MARKET

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

IT IS SO ORDERED.

Dated:  September 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT